**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 05, 2015

Hon. Jim Vollers
Attorney At Law
2201 Westover Road
Austin, TX 78703
* DELIVERED VIA E-MAIL *

Hon. Robert E. Bell
District Attorney
115 W. Main Street, Rm. 205
Edna, TX 77957
* DELIVERED VIA E-MAIL *

Hon. Keith S. Weiser
Attorney At Law
P. O.  Box 1093
Victoria, TX 77902-1093
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-13-00526-CR
Tr.Ct.No. 13-5-9030
Style:     Herman Lee Kindred v. The State of Texas

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    State Prosecuting Attorney (DELIVERED VIA E-MAIL)
       24th District Court (DELIVERED VIA E-MAIL)
       Hon. Sharon Mathis, Jackson County District Clerk (DELIVERED VIA E-MAIL)